# Court of Appeals
# of the State of Georgia

ATLANTA,  April 20, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1583. PIMENTEL v. MORQUECHO.

Because the Appellant has failed to file a brief and enumerations of error by the due date of April 13, 2026, the above-referenced case is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  04/20/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*